IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | |
| v. | Case No. CR-23-344-D |
| COREY DONTA SHAW, | |
| Defendant. | |

### ORDER AUTHORIZING SUBSTITUTION OF COUNSEL AND SETTING NEW TRIAL DATE AND PRETRIAL DEADLINES

Before the Court is the Unopposed Motion to Withdraw [Doc. No. 127] filed by Defendant's appointed counsel, Alyssa Farrell. Upon consideration, the Court finds that, under the circumstances described in the Motion and for the reasons stated therein, good cause exists to permit the withdrawal of defense counsel and to order the appointment of substitute counsel to represent Defendant in this case.[1]

**IT IS THEREFORE ORDERED** that the Unopposed Motion to Withdraw [Doc. No. 127] is **GRANTED**. Attorney Alyssa Farrell is withdrawn as counsel for Defendant, provided she notifies Defendant of this Order and subsequently furnishes substitute counsel with all discovery and other case-related materials she developed during the representation, including all information obtained through expert services previously approved by the

---

[1] "To warrant a substitution of counsel, the defendant must show good cause, such as a conflict of interest, a complete breakdown of communication or an irreconcilable conflict which leads to an apparently unjust verdict." *See United States v. Porter*, 405 F.3d 1136, 1140 (10th Cir. 2005) (quoting *United States v. Padilla*, 819 F.2d 952, 955 (10th Cir.1987)).

Court. The CJA Panel Administrator shall furnish the name of an attorney to be appointed as substitute counsel for Defendant.

**IT IS FURTHER ORDERED** that the pending Sealed *Ex Parte* Application for Authorization for Expert Services [Doc. No. 123] is **DENIED** as moot, without prejudice to the refiling of a new motion by substitute counsel.

**IT IS FURTHER ORDERED** that this case is reset on the June 11, 2024 jury trial docket, and the deadline for Defendant to file pretrial motions and notices is extended to May 15, 2024.

**IT IS SO ORDERED** this 4th day of April, 2024.

_____
TIMOTHY D. DeGIUSTI
Chief United States District Judge